PER CURIAM.
Writ granted in part; denied in part; sentence reinstated. The court of appeal lacked jurisdiction to grant the state’s writ. La. Const. art. V, § 5(E). Its judgment is therefore void. However, the district court erred in granting relief on a claim, raised by a motion properly considered an application for post-conviction relief no matter how captioned, that is: (1) time-barred, see La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State ex rel. Stepter v. Whitley, 93-2346 (La.10/13/95), 661 So.2d 480; and (2) not cognizable on collateral review, see La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.